Filed 2/25/21  P. v. Heggins CA2/1

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION ONE

| | |
|---|---|
| THE PEOPLE, | B306107 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. TA149741) |
| v. | |
| AUNDRAE RENE HEGGINS, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, John J. Lonergan, Jr., Judge.  Affirmed.

Justin Behravesh, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

————————————————

Defendant Aundrae Rene Heggins appeals from the judgment of conviction. Heggins's appointed counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), identifying no issues and requesting that this court review the record and determine whether any arguable issue exists on appeal. We have reviewed the record, conclude the record reveals no arguable issue on appeal, and thus affirm.

## BACKGROUND

Defendant threatened to kill Brandon Millan if Millan did not give defendant his bicycle. An unidentified passerby alerted defendant to a patrol vehicle, and defendant then walked away. Millan identified defendant after the incident and in court.

After the incident, sheriff department employees located defendant, arrested him, handcuffed him, and placed him in the back of a sheriff vehicle. As a sheriff department employee transported defendant to inmate reception, defendant kicked the window of the vehicle and jumped out of the vehicle. Defendant rolled on the freeway and then started running. The cost to repair the vehicle was $590.39.

The jury convicted defendant of attempted second degree robbery and found the allegation that defendant personally used a firearm within the meaning of Penal Code section 12022.53, subdivision (b) not true. The jury found defendant not guilty of the crime of possession of a firearm by a felon. The jury found defendant guilty of vandalism and that the amount of damage exceeded $400. The jury also found defendant guilty of escaping from arrest. Defendant admitted suffering two prior serious felony convictions. (See Pen. Code, §§ 667, subd. (d)(1) & 1192.7, subd. (c).)

The trial court exercised its discretion to strike one prior serious felony conviction.  The trial court sentenced defendant to a determinate term of 18 years 4 months.

## DISCUSSION

Defendant filed a timely notice of appeal.  His appointed counsel filed a *Wende* brief raising no issues on appeal and requesting that we independently review the record.  (*Wende*, *supra*, 25 Cal.3d 436.)  This court advised defendant of the opportunity to file a supplemental brief.

Defendant filed a supplemental brief stating:  "I want to file for a Senate Bill 1393 for strikes and double up's. . . ."  (Some capitalization omitted.)  "On September 30, 2018, the Governor signed Senate Bill 1393 which, effective January 1, 2019, amends [Penal Code] sections 667(a) and 1385(b) to allow a court to exercise its discretion to strike or dismiss a prior serious felony conviction for sentencing purposes.  (Stats. 2018, ch. 1013, §§ 1–2.)"  (*People v. Garcia* (2018) 28 Cal.App.5th 961, 971.)  The trial court sentenced defendant after the effective date of this law and dismissed a prior serious felony conviction for sentencing purposes.  Defendant's supplemental brief demonstrates no arguable issue on appeal.

We have reviewed the record and find no arguable issue.  Appointed counsel has fully complied with counsel's responsibilities and no arguable issue exists.  (*People v. Kelly* (2006) 40 Cal.4th 106, 126; *Wende, supra*, 25 Cal.3d at pp. 441–442.)

## DISPOSITION

The judgment is affirmed.
<u>NOT TO BE PUBLISHED.</u>


BENDIX, J.


We concur:



ROTHSCHILD, P. J.



CHANEY, J.